IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY G. JUNKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MEDICAL COMPONENTS, INC., et al. | : | NO. 13-4606 |

## **O R D E R**

  AND NOW, this 9th day of February, 2015, upon consideration of Defendant's Motion to Compel Additional Discovery Responses (Doc. 67), Plaintiff's Response (Doc. 76), Defendants' Reply (Doc. 81), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART. Plaintiff shall provide additional discovery responses as outlined. Plaintiff's objections to the Requests for Admissions are sustained.

  IT IS FURTHER ORDERED, upon consideration of Defendants' Motion to Strike Plaintiff's Opposition (Doc. 80), the response (Doc. 84), and the reply (Doc. 86), that the Motion to Strike is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.