IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY G. JUNKER, | CIVIL ACTION |
| *Plaintiff*, | |
| v. | No. 13-4606 |
| MEDICAL COMPONENTS, INC., *et al.*, | |
| *Defendants*. | |

## CLAIM CONSTRUCTION ORDER

**AND NOW,** this 30th day of October, 2017, upon consideration of the parties' claim construction briefs, following a Markman hearing, and in accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that the single claim of U.S. Design Patent No. D450,839, entitled "Handle for Introducer Sheath" (the "D'839 Patent"), shall be construed as follows:

> **The D'839 Patent claims the ornamental design of a handle for an introducer sheath, as shown in Figures 1–9. The broken lines in the figures of the D'839 Patent represent unclaimed subject matter.**

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**