# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY G. JUNKER,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | No. 13-4606 |
| **MEDICAL COMPONENTS, INC., et al.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 19th day of March, 2020, upon consideration of Plaintiff's "Memorandum Regarding Trexler Expert Report due to Prejudice" (ECF No. 295) and Defendants' "Response in Opposition to Supplemental Motion to Exclude Trexler Expert Report due to Prejudice" (ECF No. 296), it is hereby **ORDERED** that:

– Plaintiff's request to exclude any testimony or documents related to Scenario 1D in Dana Trexler's expert report produced on January 15, 2020 is **GRANTED**;

– Plaintiff's request to exclude Defendants' Exhibit 164 is **held under advisement**;

– Plaintiff's request for reasonable attorney's fees and expenses is **GRANTED** as to only those expenses incurred in connection with (1) drafting or responding to any motions or briefing related to Scenario 1D; and (2) preparing to address Scenario 1D at trial. Plaintiff shall file a motion setting forth his calculation of reasonable attorney's fees and expenses, and any supporting documentation, **within 21 days of the date of this Order**. Defendants shall respond to Plaintiff's motion **within 14 days of its filing**.

1

- The parties shall file their briefs on infringement and invalidity, setting forth proposed Findings of Fact and Conclusions of Law, **within 30 days of the date of this Order**. These submissions shall not exceed **30 double-spaced pages**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**