# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY G. JUNKER,** | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 13-4606 |
| **MEDICAL COMPONENTS, INC., et al.,** | |
| Defendants. | |

## ORDER

**AND NOW**, this 14th day of January, 2021, following a bench trial and upon consideration of the parties' post-trial submissions (ECF Nos. 301, 302), it is hereby **ORDERED** that:

- **JUDGMENT IS ENTERED** in favor of Plaintiff Larry Junker and against Defendants Medical Components, Inc. and Martech Medical Products, Inc.'s as set forth in the accompanying Memorandum Opinion.

- Plaintiff is awarded $1,247,910 in disgorged profits.

- **Within 30 days of the date of this Order,** Plaintiff may file a motion for pre- and/or post-judgment interest, attorneys' fees, and costs. Thereafter, Defendants shall have **30 days** to respond.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**